John DILLON, Appellant, v. UNITED STATES of America, Appellee.

No. 9460.

Circuit Court of Appeals Eighth Circuit.

Oct. 4, 1932.

Carlos W. Goltz, of Sioux City, Iowa, for appellant.

Harry M. Reed, U. S. Atty., of Waterloo, Iowa, D. C. Browning, Asst. U. S. Atty., of Sioux City, Iowa, and Glenn B. Beers, Asst. U. S. Atty., of Waterloo, Iowa.

Before KENYON, GARDNER, and SANBORN, Circuit Judges.

PER CURIAM.

This is an appeal from a judgment of conviction upon both counts of an indictment, the first of which charged defendant with the crime of possession of intoxicating liquor as a third offender, the second with maintaining a common liquor nuisance. Demurrers were filed to the indictment, which were overruled by the court. Motions to quash and for bill of particulars were filed, all of which were denied by the court, and we are presented with a brief in which fifty-one assignments of error are urged. We have reviewed them and fail to find any merit in any one of them. We are satisfied that the appeal in this case is taken merely for delay and is entirely frivolous. The judgment of the trial court is affirmed, and it is ordered that the mandate of this court issue at once.

Affirmed.

Carl I. DINGFELDER and Benjamin Balish, Copartners Doing Business under the Firm Name of Dingfelder & Balish, Appellants, v. THE Steamship CHERCA, etc., and Navigazione Libera Triestina S. A., Appellee.

No. 61.

Circuit Court of Appeals, Second Circuit.

Nov. 7, 1932.

Finkler & Finkler, of New York City (Frank I. Finkler, Jesse H. Finkler and Michael C. Bernstein, all of New York City, of counsel), for appellants.

Loomis & Ruebush, of New York City (Homer L. Loomis, of New York City, of counsel), for appellee.

Before L. HAND, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Decree [52 F.(2d) 646] affirmed.

Paul DI POALA, Appellant, v. A. C. ADERHOLD, Warden, United States Penitentiary, Atlanta, Georgia, Appellee.

No. 6761.

Circuit Court of Appeals, Fifth Circuit.

Oct. 15, 1932.

Paul Di Poala, in pro. per.

Clint W. Hager, U. S. Atty., and Hal Lindsay, Asst. U. S. Atty., both of Atlanta, Ga., for appellee.

Before BRYAN, SIBLEY, and WALKER, Circuit Judges.

PER CURIAM.

The judgment is affirmed.